NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMY I. DAVIS,**

*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**

*Respondent*

---

2025-1136

---

Petition for review of the Merit Systems Protection Board in No. NY-0752-22-0089-B-1.

---

Before REYNA, MAYER, and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

In response to our show cause order, Jimmy I. Davis confirms that he raised covered discrimination claims to the Merit Systems Protection Board as an affirmative defense to his removal, confirms that he intends to pursue those claims in his challenge to the Board's adverse decision, and requests that we transfer his case to the United States District Court for the District of Columbia. The United States Postal Service ("USPS") agrees that transfer

is appropriate but proposes the United States District Court for the District of New Jersey.

We agree that transfer is appropriate because federal district courts, not this court, have jurisdiction over "[c]ases of discrimination subject to the provisions of [5 U.S.C. §] 7702," 5 U.S.C. § 7703(b)(2), which involve an allegation of an action appealable to the Board and an allegation that a basis for the action was covered discrimination or retaliation, § 7702(a). *Perry v. Merit Sys. Prot. Bd.*, 582 U.S. 420, 437 (2017); *Diggs v. Dep't of Hous. & Urb. Dev.*, 670 F.3d 1353, 1357 (Fed. Cir. 2011) (holding that the affirmative defense of retaliation for prior equal employment opportunity activity "falls outside [of the court's] jurisdictional reach"). This is such a case.

We agree with USPS that the District of New Jersey is the appropriate district court rather than the D.C. district court because New Jersey appears to be the location where Mr. Davis was employed (and still resides), the alleged unlawful employment practice occurred, and the relevant employment records are maintained. 28 U.S.C. § 1631; *see* § 7703(b)(2) (citing 42 U.S.C. § 2000e-16(c)); 42 U.S.C. § 2000e-5(f)(3) (permitting an action to be brought "in any judicial district in the State in which the unlawful employment practice is alleged to have been committed[,] the employment records relevant to such practice are maintained[,] or . . . the aggrieved person would have worked but for the alleged unlawful employment practice").

Accordingly,

DAVIS v. USPS                                                          3

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States District Court for District of New Jersey pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 8, 2025
Date